No. 13,234.

Sigmund Mendelsohn vs. Peter Blaise.

Syllabus.

In a rule taken by the sheriff upon the parties to an executory proceeding for the
    sale of mortgaged property, to show cause why a title should not be exe-
    cuted to the purchaser, no question relating to the respective rights of
    mortgage creditors on the proceeds of sale can be determined.

A PPEAL from the Civil District Court, Parish of Orleans.
    *King, J.*

*William S. Benedict* for Plaintiff, Appellee.

*Buck, Walshe & Buck* for Defendant, Appellant.

*Dinkelspiel & Hart* for Civil Sheriff, Plaintiff in Rule, Appellee.

*George W. Flynn* for John Fitzpatrick, Intervenor in Suit and Sub-
rogee, Defendant in Rule, Appellee.

*Felix J. Dreyfous* for R. G. Martinez, Defendant in Rule, Appellee.

The opinion of the court was delivered by.

Watkins, J.    The proceeding in this case is identical with that in
suit of same title, No. 13,171, this day disposed of, and for the reasons
therein assigned, a similar judgment is entered in this case.

Judgment affirmed.